**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: Lindsay Pompa** ) | | **18 B 22773** |
| ) | | |
| ) | | **Judge Hollis** |
| Debtor(s) ) | | |

*NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

Lindsay Pompa                                           Brad S Covey PC
288 Walsh Circle                                        428 S. Batavia Ave.
Yorkville, IL 60560                                     Batavia, IL 60510

Please take notice that on November 2, 2018 at 10:30 AM, a representative of this office shall appear at the Joliet City Hall, 150 W. Jefferson St., 2nd Floor, Joliet, IL and present this motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you don't have an attorney, you may wish to consult one)**

I certify that this office caused a copy of this notice to be delivered to the attorney through the CM/ECF system and to the above listed debtor by depositing it is the U.S. Mail on October 23, 2018.

/s/
For Glenn Stearns, Trustee

MOTION TO DISMISS FOR DENIAL OF CONFIRMATION

Now Comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307(c) and in support thereof, states the following:

1. On August 13, 2018, the debtor(s) filed a petition under Chapter 13.

2. Confirmation of the debtor(s) plan was denied on October 19, 2018.

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to Section 1307(c).

Respectfully Submitted;
Glenn Stearns, Trustee

/s/
By: Gerald Mylander

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., #650
Lisle, IL 60532
(630) 981-3888