UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-22773 |
| Lindsay N. Pompa | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Denying Confirmation of the Plan**

IT IS HEREBY ORDERED:

Confirmation is DENIED for the reasons stated on the record.


Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  October 19, 2018